**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>YEVGENI OSTROVSKI,<br><br>Debtors. | Case No. 13-11547-MLB<br><br>ORDER ANNULING AUTOMATIC STAY |

THIS MATTER having come before the Court upon the motion ("Motion") of Alexander Domnenkov and Olga Kaminskaya ("Domnenkov"), debtors in chapter 7 case number 13-18073-MLB ("Domnenkov Chapter 7 Case"), to determine and resolve issues relating to the automatic stay in the above-captioned chapter 7 case ("Ostrovski Chapter 7 Case") with respect to certain real property that was listed as an asset in both chapter 7 cases; the Court having considered the file and record herein, including the Stipulation Regarding Automatic Stay dated September 22, 2014 between Domnenkov and Ostrovski, and the file and record in the Domnenkov Chapter 7 Case, and deeming itself fully advised; notice on shortened time having been given to all creditors and parties in interest; now, therefore, it is hereby

ORDERED as follows:

**ORDER** - 1

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

1. The real property located at 246 W. Lake Sammamish Parkway SE, Bellevue, WA 98008 (the "Property"), legally described as:

> THE NORTH 90.00 FEET OF THE SOUTH 220.70 FEET OF THAT PORTION OF GOVERNMENT LOT 3, SECTION 36, TOWNSHIP 25 NORTH, RANGE 5 EAST, W.M., LYING EAST OF WEST LAKE SAMMAMISH BOULEVARD AND WESTERLY OF THE FOLLOWING DESCRIBED LINE: BEGINNING AT THE NORTHWEST CORNER OF THE ABOVE DESCRIBED- PROPERTY; THENCE SOUTH 88°19'37" EAST ALONG THE NORTH LINE THEREOF 207.00 FEET TO THE TRUE POINT OF BEGINNING; THENCE SOUTH 01°40'23" WEST 90.00 FEET TO THE SOUTH LINE OF THE ABOVE-DESCRIBED PROPERTY AND THE TERMINUS OF THE HEREIN DESCRIBED LINE. SITUATE IN THE CITY OF BELLEVUE, COUNTY OF KING, STATE OF WASHINGTON

was properly abandoned to Domnenkov by this Court's Order Abandoning Real Property and Avoiding and Canceling Judicial Liens and Judgments ("Order") dated August 14, 2014, Dkt. #32 in the Domnenkov Chapter 7 Case, case number 13-18073-MLB.

2. Ostrovski had previously released his interest in the Property to Domnenkov in 2010 and executed a Quit Claim Deed on March 10, 2010, which has not been recorded.

3. Ostrovski held a Deed of Trust against the Property, which was reconveyed on April 29, 2014 by Deed of Reconveyance recorded under King County Auditor's File No. 20140429001375, prior to entry of Ostrovski's discharge on May 30, 2014, in apparent violation of the automatic stay.

4. The automatic stay relating to the Property is hereby annulled with respect to the Property pursuant to 11 U.S.C. § 362(d)(2). The Debtor has no equity in the Property, the Trustee did not object to abandonment of the Property, and the Property is not necessary to an effective reorganization of the Debtor.

5. The Deed of Reconveyance recorded on April 29, 2014 is hereby ratified, and Domnenkov is authorized to record the Quit Claim Deed to complete the conveyance of the Debtor's interest in the Property to Domnenkov.

///END OF ORDER///

**ORDER** - 2

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

Case 13-11547-CMA    Doc 41    Filed 10/06/14    Ent. 10/06/14 15:41:39    Pg. 2 of 3

Presented by:

OLES MORRISON RINKER & BAKER LLP

*/s/ Jeffrey L. Smoot*
Jeffrey L. Smoot, WSBA #39335
Attorneys for Debtors

4821-6751-3630, v. 1

**ORDER** - 3

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

Case 13-11547-CMA    Doc 41    Filed 10/06/14    Ent. 10/06/14 15:41:39    Pg. 3 of 3