# Exhibit A

# Petrenko Law Firm

155 108th Avenue NE, Suite 210, Bellevue, WA 98005
Telephone. 425.223.5637 • Facsimile 425.223.5731 • Email. ken@petrenkolaw.com

August 1, 2017

**INVOICE FOR SERVICES RENDERED**

**TO:** Yevgeni Ostrovski
Zipori Street #7
City of Tiberias
Israel, 14100

| DATE | DESCRIPTION | HRS/RATE | AMOUNT |
|---|---|---|---|
| 01/30/2017 | Conference with client. Prepare agreement. Case review.<br>Prepare Notice of Appearance. | 2 hr.<br>$275.00/hr. | $550.00 |
| 02/01/2017 | Draft Motion to Convert Case from Chapter 7 to 13. Notice of hearing set for 3/3/17. Supporting documents, proof of service, proposed order.<br>File with court. | 3 hr.<br>$275.00/hr. | $825.00 |
| 02/03/2017 | Conference with client | .5 hr.<br>$275.00/hr. | $137.50 |
| 02/13/2017 | Review court filling by Trustee's attorney. Urgent response to objection to exemptions, proof service, declaration of attorney.<br>File with court. | 2 hr.<br>$275.00/hr. | $550.00 |
| 02/17/2017 | Bankruptcy Court appearance. Objection to exemptions filed by Trustee.<br>File notice of continuance on Motion to Convert Case.<br>Prepare and file order of Trustee's Objection to exemptions. | 3 hr.<br>$275.00/hr. | $825.00 |
| 02/17/2017 | Conference with client | 1 hr.<br>$275.00/hr. | $275.00 |
| 02/23/2017 | Draft and file Notice of appearance in adversary case no. 15-01350.<br>Research, draft response to Plaintiff's motion for summary judgment (Exhibit A-D, notice to request Judicial notice, proposed order.) | 6 hr.<br>$275.00/hr. | $1,650.00 |
| 02/24/2017 | Review court filling by Trustee's attorney. Trustee's response and objection to motion to convert to Chapter 13.<br>Case law research, review. | .5 hr.<br>275.00/hr. | $137.50 |
| 02/24/2017 | Conference with client | .5 hr.<br>$275.00/hr. | $137.50 |
| 02/27/2017 | Conference with client | .5 hr. | $137.50 |

| | | | $275.00/hr. | |
|---|---|---|---|---|
| 03/20/2017 | Prepare reply to Trustee's response and objection to motion to convert to Chapter 13. Currency conversion chart, debtor's declaration, declaration of TB, witness list. Conference with client. | 3 hr. $275.00/hr. | | $825.00 |
| 03/06/2017 | Conference with client | .5 hr. $275.00/hr. | | $137.50 |
| 03/24/2017 | Bankruptcy Court Appearance. Motion to convert continued. | 1.5 hr. $275.00/hr. | | $412.50 |
| 03/24/2017 | Conference with client | .5 hr. $275.00/hr. | | $137.50 |
| 03/31/2017 | Prepare and compile addition documents to support Motion to Convert case to chapter 13. (Debtor's proof of income, Amended Schedule I & J, Claims register, Debtor's declaration, Declaration of PO, proof of service) | 3.5 hr. $275.00/hr. | | $962.50 |
| 03/31/2017 | Conference with client | .5 hr. $275.00/hr. | | $137.50 |
| 04/03/2017 | Prepare supplemental declaration of attorney, file with court. | 1 hr. $275.00/hr. | | $275.00 |
| 04/07/2017 | Review court fillings. Supplemental Response to and objection to Motion to Convert, filed by Trustee. | 1.5 hr. $275.00/hr. | | $412.50 |
| 04/07/2017 | Conference with client | .5 hr. $275.00/hr. | | $137.50 |
| 04/11/2017 | Prepare and file supplemental reply to Trustee's objection to convert. Declaration of TB. | 1.5 hr. $275.00/hr. | | $375.00 |
| 04/11/2017 | Conference with client | .5 hr. $275.00/hr. | | $137.50 |
| 04/17/2017 | Prepare and file order to Convert Case from 7 to 13. | 1 hr. $275.00/hr. | | $275.00 |
| 04/17/2017 | Conference with client | .5 hr. $275.00/hr. | | $137.50 |
| 05/01/2017 | Conference with client. Prepare post conversion schedules, statement of current monthly income, chapter 13 plan, proof of service, declaration re exemption from filling income tax return. | 2 hr. $275.00/hr. | | $825.00 |
| 05/04/2017 | Review court filling. Chapter 7 trustee's objection to exemptions. | .25 hr. $275.00 | | $68.75 |
| 05/12/2017 | Prepare and file Ex Parte application to employ Real Estate Agent for the Debtor, declaration of on objection, proposed order. | 2.5 hr. $275.00/hr. | | $687.50 |
| 05/15/2017 | Attend meeting of creditors, continued. | 2 hr. $275.00/hr. | | $550.00 |
| 05/16/2017 | Conference with client | .5 hr. $275.00/hr. | | $137.50 |
| 06/05/2017 | Review court fillings (trustee's objection to confirmation, trustee's motion to convert case to Chapter 7.) | .5 hr. $275.00/hr. | | $137.50 |
| 06/05/2017 | Conference with client | 1 hr. $275.00/hr. | | $275.00 |
| 06/07/2017 | Prepare and file ex parte motion for telephonic | 2.5 hr. | | $687.50 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| | appearance at 341 meeting of creditors, proposed order. | $275.00/hr. | |
| 06/08/2017 | Review court filling (trustee objection to ex parte motion.) Prepare and file response. | 1 hr. $275.00/hr. | $275.00 |
| 06/08/2017 | Conference with client | .5 hr. $275.00/hr. | $137.50 |
| 06/09/2017 | Prepare and file reply to former chapter 7 trustee objection to exemptions | 2 hr. $275.00/hr. | $550.00 |
| 06/09/2017 | Draft and file motion for telephonic appearance at 341 meeting of creditors, hearing notice, declaration of attorney, proposed order, proof of service. Draft and file amended Chapter 13 plan. | 2 hr. $275.00/hr. | $550.00 |
| 06/12/2017 | Conference with client | 1 hr. $275.00/hr. | $275.00 |
| 06/16/2017 | Review claims registry, conference with client. Draft and file objection for claim no. 6 and claim no. 5. | 2 hr. $275.00/hr. | $550.00 |
| 06/15/2017 | Attend Chapter 13 confirmation hearing. | 2 hr. $275.00/hr. | $550.00 |
| 6/20/2017 | Draft a letter to the Judge in adversary case requesting transfer to Mediation | 1 hr. $275.00 | $275.00 |
| 06/27/2017 | Review court filing (Trustee's objection to debtor's motion for telephonic appearance). Draft and file objection to claim no. 2, claim no. 3, claim no. 9. | 3 hr. $275.00/hr. | $825.00 |
| 06/30/2017 | Draft and file motion to approve amended Chapter 13 plan (notice of hearing, proposed order, amended plan.) | 2 hr. $275.00/hr. | $550.00 |
| 07/01/2017 | Conference with client and his spouse. Draft power of attorney. Draft motion to approve power of attorney and to allow debtor's spouse to appear by power of attorney at 341 meeting of creditors (power of attorney, proposed order, notice to hearing, proof of service.) | 2.5 hr. $275.00/hr. | $687.50 |
| 07/19/2017 | File notice of hearing, review court filling (response to objection to claim no. 6) | .5 hr. $275.00/hr. | $137.50 |
| 07/21/2017 | Confirm hearing. File decl. of no objections and proposed orders to claims no. 5,3,9. Draft and file reply to response to objection of claim no.6 | 1 hr. $275.00/hr. | $275.00 |
| 07/27/2017 | Attend hearing on objection to claim. | 1 hr. $275.00/hr. | $275.00 |
| 08/01/2017 | Conference with client | .5 hr. $275.00/hr. | $137.50 |
| | | | |
| | Photocopy charge | | 150.00 |
| | Postage charges (including DHL inter. Serv.) | | 343.75 |
| // | | | |
| | Total due | | $19,500.00 |
| | Amount paid | | $1,500.00 |
| | Amount due | | $18,000.00 |

Please mail in your payment payable to Petrenko Law Firm:
155 108th Avenue NE, Suite 210
Bellevue, WA 98004