# Exhibit B

# Petrenko Law Firm

155 108th Avenue NE, Suite 210, Bellevue, WA 98005
Telephone. 425.223.5637 • Facsimile 425.223.5731 • Email. ken@petrenkolaw.com

May 24, 2018

**INVOICE FOR SERVICES RENDERED**

**TO:** Yevgeni Ostrovski
Zipori Street #7
City of Tiberias
Israel, 14100

| DATE | DESCRIPTION | HRS/RATE | AMOUNT |
|---|---|---|---|
| 08/10/2017 | Attend hearing on Motion to approve power of attorney and to allow debtor's spouse to appear by power of attorney. Hearing on Trustee's motion to convert case to Chapter 7. Hearing on Motion to Amend Chapter 13 Plan. | 2 hr. $275.00/hr. | $550.00 |
| 08/17/2017 | Draft and file 3rd Amended Chapter 13 Plan. Draft and file a reply to modify Chapter 13 plan. Draft and file a response to Trustee's Motion to convert case to Chapter 7. | 4 hr. $275.00/hr. | $1,100.00 |
| 08/18/2017 | Prepare and file document regarding Debtor's medical condition | 1 hr. $275.00/hr. | $275.00 |
| 08/24/2017 | Attend hearing on motion to amend Chapter 13 plan, motion to convert case to Chapter 7 | 2 hr. $275.00/hr. | $550.00 |
| 08/25/2017- 08/31/2017 | Draft Motion to Approve Sale of Real Estate, Notice of hearing, Proposed Order, Exhibit A, Exhibit B, Proof of Service. Draft Motion to Shorten time for hearing to approve Sale of Real Estate, proposed order, submit Ex Parte. File documents with the Court. | 6 hr. $275.00/hr. | $1,650.00 |
| 09/06/2017 | Review Trustee's objection to Motion to Sell Real Estate property, objection of Kathryn Ellis. | 1 hr. $275.00/hr. | $275.00 |
| 09/07/2017 | Attend hearing on motion to Approve Sale of Real Estate, motion to convert case to Chapter 7, Chapter 13 confirmation hearing | 2 hr. $275.00/hr. | $550.00 |
| 09/13/2017 | Draft and file Amended Chapter 13 plan, motion to approve Amended Chapter 13 plan, Amended motion, supporting documents and Exhibits. | 5 hr. $275.00/hr. | $1,375.00 |
| 09/15/2017- 09/20/2017 | Review Trustee's objection to Chapter 13 confirmation, objection to Amended Motion to Sell Real Estate. Review of Memorandum of Former Chapter 7 Trustee re: Standing. | 3 hr. $275.00/hr. | $825.00 |
| 09/21/2017 | Draft and file Motion to excuse attendance at 341(a) meeting of creditors. Draft and file first application for compensation of attorney. | 6 hr. $275.00 | $1,650.00 |
| 09/25/2017 | Draft and file reply to Trustee's objection to | 2 hr. | $550.00 |

| | Sell Real Estate | $275.00/hr. | |
|---|---|---|---|
| 09/28/2017 | Attend hearing on motion to convert case to Chapter 7, motion to Sell Real Estate, chapter 13 confirmation hearing. | 2 hr. $275.00/hr. | $550.00 |
| 10/04/2017 | Review Trustee's objection to application for compensation. Draft a reply. | 2 hr. $275.00/hr. | $550.00 |
| 10/10/2017- 10/11/2017 | Draft a declaration and supplemental declaration in support of motion to approve Sale of Real Estate | 1 hr. $275.00/hr. | $275.00 |
| 10/11/2017 | Review declaration of Marisa Broyles of IndyMac | 1 hr. $275.00/hr. | $275.00 |
| 10/12/2017 | Attend hearing on Motion to Convert case to Chapter 7, motion to approve Sale of Real estate, Motion to excuse attendance at 341 meeting of creditors, application for compensation, Chapter 13 confirmation. | 6 hr. $275.00 | $1,650.00 |
| 10/27/2017 | Review Trustee's application to hire Cahd Tharp as real estate agent for the Chapter 7 Estate. | .5 hr. $275.00/hr. | $137.50 |
| 11/07/2017 | Review Trustee's application to Employ Kathryn Ellis as attorney for Trustee. Draft and file an objection. | 2 hr. $275.00 | $550.00 |
| 11/17/2017 | Draft and file Motion to reconsider Trustee's application for an Order Authorizing Employment of Attorney for Trustee | 4 hr. $275.00/hr. | $1,100.00 |
| 11/21/2017 | Review letter from Chambers | .5 hr. $275.00/hr. | $137.50 |
| 12/06/2017 | Review Trustee's response to Motion for Reconsideration | .5 hr. $275.00/hr. | $137.50 |
| 12/07/2017 | Review letter from Chambers | .5 hr. $275.00/hr. | $137.50 |
| 12/15/2017 | Review withdrawal of claim no. 10 filed by Kathryn Ellis | .5 hr. $275.00/hr. | $137.50 |
| 12/18/2017 | Review amended declaration of disinterest filed by Kathryn Ellis | .5 hr. $275.00/hr. | $137.50 |
| 01/02/2018- 01/04/2018 | Prepare and file Debtors' Post Conversion Schedules. | 5 hr. $275.00/hr. | $1,375.00 |
| 02/02/2018 | Review Trustee's Motion to approve compromise or settlement with IndyMac Venture LLC, Trustee's declaration in support of motion | 2 hr. $275.00/hr. | $550.00 |
| 02/08/2018 | Review Trustee's objection to Exemptions | 1 hr. $275.00/hr. | $275.00 |
| 02/16/2018- 02/21/2018 | Draft and file response to Trustee's Motion to approve compromise or settlement with IndyMac Venture LLC. Review Trustee's response. | 3 hr. $275.00/hr. | $825.00 |
| 03/09/2018 | Review Trustee's Motion to Sell Estate Property free and clear of liens, Trustee's declaration in support of the motion, Declaration of Eleanor H. Walstad in support of the motion. | 3 hr. $275.00/hr. | $825.00 |
| 03/15/2018 | Review supplemental declaration of Trustee in support of Motion to Approve Sale of Real Estate | .5 hr. $275.00/hr. | $137.50 |
| 03/30/2018 | Draft and file Response to Trustee's Motion to Sell Real Estate Property | 3 hr. $275.00 | $825.00 |
| 04/04/2018 | Review response of Tatiana Brodiski regarding Sale of Real Estate Property | 2 hr. $275.00/hr. | $550.00 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 04/06/2018 | Attend hearing on motion to Sell Real Estate Property | 2 hr. $275.00/hr. | $550.00 |
| 04/06/2018 | Review Order to Show Cause for sanctions | .5 hr. $275.00/hr. | $137.50 |
| 04/27/2018 | Draft and file memorandum regarding sanctions against IndyMac Bank. Review declaration of Eleanor Walstad. | 5 hr. $275.00/hr. | $1,375.00 |
| 05/03/2018 | Review Trustee's motion to approve compromise or settlement with CVI LCF Mortgage Loan Trust, Trustee's declaration in support of the motion | 2 hr. $275.00/hr. | $550.00 |
| 05/04/2018 | Attend Order to show cause hearing | 2 hr. $275.00/hr. | $550.00 |
| 05/08/2018 | Review Order following Show Cause hearing | .5 hr. $275.00/hr. | $137.50 |
| 05/10/2018 | Review declaration of Eleanor Walstad | .5 hr. $275.00/hr. | $137.50 |
| 05/11/2018 | Review Trustee's Motion to Sell Estate Property, declaration in support of the motion. | 2 hr. $275.00/hr. | $550.00 |
| 05/21/2018 | Review declaration of Joel Fowler with Exhibit A-C. | 1 hr. $275.00/hr. | $275.00 |
| 5/23/2018 | Review Declaration (with multiple exhibits) of Matvey Lebedev | 2 hr. $275.00/hr. | $550.00 |
| 05/24/2018 | Review declaration of Kathryn A. Ellis re: Order to Show Cause | .5 hr. $275.00/hr. | $137.50 |
| 05/24/18 | Draft declaration in support of imposing of sanctions (3) Legal research (1) | 4 hrs. $275.00/hr. | $1,100.00 |
| 6/1/2018 | Future attendance of Show Cause Hearing in Sanctions Case (estimated) | 2 hrs. 275/hr. | $550.00 |
| | Total Legal Fees | | $27912.50 |
| | | | |
| | | | |
| | Photocopy charge | | 225.00 |
| | Postage charges | | 278.50 |
| // | Total due | | $28,416.00 |
| | Amount paid | | $0.00 |
| | Amount due | | $28,416.00 |

Please mail in your payment payable to Petrenko Law Firm:
155 108th Avenue NE, Suite 210
Bellevue, WA 98004