**Below is the Order of the Court.**

Christopher M. Alston
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | No. 13-11547 |
| YEVGENI OSTROVSKI, | ORDER ON MOTION TO APPROVE SETTLEMENT WITH CVI LCF MORTGAGE LOAN TRUST I |
| Debtor. | |

THIS MATTER having come on before the before the Honorable Christopher M. Alston of the above entitled Court upon the Trustee's Motion to Approve Settlement between the estate and CVI LCF Mortgage Loan Trust I, the Court having reviewed the records and files herein, and any response thereto, now therefore

IT IS HEREBY ORDERED that the Trustee's motion is hereby granted and the Settlement Agreement attached to the Trustee's declaration shall be and is hereby approved.

///End of Order///

Presented by:

/s/ Kathryn A. Ellis
Kathryn A. Ellis, WSBA #14333
Attorney for Trustee
C:\Shared\KAE\Dox\Ostrovski\amend_settle_ord.wpd

ORDER ON MOTION TO APPROVE SETTLEMENT
WITH CVI LCF MORTGAGE LOAN TRUST I - 1

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002